# UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

| | | |
|---|---|---|
| SAMANTHA ASHLEY QUARANTA, | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| v. | ) | No. 1:13-cv-00350-JDL |
| | ) | |
| CAROLYN W. COLVIN, Acting | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant | ) | |

## ORDER AFFIRMING THE
## RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

No objections having been filed to the Magistrate Judge's

Recommended Decision (ECF No. 19) filed July 30, 2014, the Recommended

Decision is **AFFIRMED**.

Accordingly, it is **ORDERED** that the decision of the Commissioner is

**AFFIRMED**.

/s/ Jon D. Levy
United States District Judge

Dated this 21st day of August, 2014.